31 So.3d 937 (2010)
CDR CRÉANCES, S.A., Appellant,
v.
MACSON EXPRESS, S.A., et al., Appellees.
No. 3D09-164.
District Court of Appeal of Florida, Third District.
April 7, 2010.
Lydecker, Lee, Berga & DeZayas and Carlos L. DeZayas, for appellant.
Petros & Elegant, and William L. Petros, Justin B. Elegant and Serena A. Witter, Coral Gables, for appellees.
Before WELLS and SHEPHERD, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Morton v. Ansin, 129 So.2d 177, 182 (Fla. 3d DCA 1961).